UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ERICA JUDD | PLAINTIFF |
| v. | CASE NO: 3:22-cv-00177-CRS |
| OKLAHOMA STUDENT LOAN AUTHORITY et al. | DEFENDANTS |

## STATUS REPORT

NOW COMES Plaintiff, Erica Judd, and pursuant to the Court's Order [D.N. 6] hereby notifies the Court that Plaintiff has resolved her claims against Defendants, Equifax Information Services, LLC ("Equifax") and Oklahoma Student Loan Authority ("OSLA"), and has today filed a Notice of Voluntary Dismissal of Equifax and OSLA.

Respectfully submitted this 19th day of July, 2022.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

>                             */s/ David W. Hemminger*
>                             David W. Hemminger